**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CLAYTON MILLER,  CASE NO. 3:15-cv-390-J-39JBT
    *Plaintiff,*
v.

DIRECTV, a foreign limited liability company,
    *Defendant.*
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, CLAYTON MILLER, by and through his undersigned counsel, and pursuant to the terms of the Settlement Agreement and Release, hereby gives notice to the Court of Plaintiff's voluntary dismissal with prejudice of the above captioned case. Each party is responsible for its own attorney's fees and costs.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2017 a correct copy of the foregoing was furnished via ECF to the following:

HEATHERANN M. SOLANKA
Florida Bar No. 0497347
Primary E-mail: heather.solanka@akerman.com
50 North Laura Street, Suite 3100
Jacksonville, Florida 32202
Tel: (904) 798-3700 Fax: (904) 798-3730
*Counsel for DIRECTV, LLC*

    **RESPECTFULLY SUBMITTED**
    **ESPENSHIP, SCHLAX & ALBEE, PLLC**

    */s/ Sean A. Espenship*

    Sean A. Espenship, Esq. FBN 128340
    200 East Forsyth St.
    Jacksonville, Florida 32202
    Tel: (904) 674-0717 Fax: (904) 674-0737
    sean@esalawgroup.com
    *Attorney for Plaintiff*