United States District Court
Middle District of Florida
Jacksonville Division

CLAYTON MILLER,

    *Plaintiff,*

v.                                                                                       No. 3:15-cv-390-J-PDB

DIRECTV, LLC,

    *Defendant.*

_____

## Order Dismissing Case With Prejudice

The plaintiff has filed a notice of voluntary dismissal with prejudice. Doc. 44. Because the defendant has already answered the amended complaint and the plaintiff has not filed a stipulation of dismissal signed by both parties, the case must be dismissed by the Court on terms the Court considers proper. *See* Fed. R. Civ. P. 41(a)(1) & (2). Finding that dismissal with prejudice is proper based on the parties' settlement referenced in the notice, the Court **dismisses** the case with prejudice and directs the clerk to close the case.

**Ordered** in Jacksonville, Florida, on January 11, 2017.

                                                                     PATRICIA D. BARKSDALE
                                                                     *United States Magistrate Judge*

c:      Counsel of Record